```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF FLORIDA
                   TALLAHASSEE DIVISION
```

IN RE:                                   CASE NO. 07-40467-TLH4
                                         CHAPTER 13
LADASIAH T. JACKSON FORD

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: HSBC AUTO FINANCE which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 415785 in the amount of 1,109.38 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

LADASIAH T. JACKSON FORD          HSBC AUTO FINANCE (FKA HAFC)
3479 TORCHMARK LANE               P.O. BOX 17906
TALLAHASSEE,  FL  32308           SAN DIEGO, CA 92177

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
6/23/2011  1:26 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE