**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                              CASE NO. 07-40467-TLH4
                                                    CHAPTER 13
LADASIAH T. JACKSON FORD


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and

through her undersigned attorneys, and hereby files this

Notice of Payment of Unclaimed Funds, and in support

thereof hereby states:

1.   The Trustee has issued check(s) FOR: HSBC AUTO

FINANCE which remains outstanding and uncleared.

2.   The Trustee has placed a Stop Payment Order with

the bank on the check(s).

3.   The Trustee is required to remit the funds to the

Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits

her check number 417489 in the amount of 451.96 to the

Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

LADASIAH T. JACKSON FORD    HSBC AUTO FINANCE (FKA HAFC)
3479 TORCHMARK LANE         P.O. BOX 17906
TALLAHASSEE, FL 32308       SAN DIEGO, CA 92177

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
7/28/2011  2:28 pm / CR_213        OFFICE OF CHAPTER 13 TRUSTEE